[No. 16277-6-II.     Division Two.     October 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK L. SWANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00601-4, James D. Roper, J., entered June 24, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 15851-5-II.     Division Two.     October 24, 1994.]

RICHARD N. AMMONS, *Appellant*, v. J.A. FREEMAN & SON, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 89-2-00367-1, Thomas L. Lodge, J., entered February 25, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 12496-7-III.     Division Three.     October 25, 1994.]

UNIGARD INSURANCE GROUP, *Respondent*, v. LINDA O'CONNOR, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-00354-2, John A. Schultheis, J., entered May 12, 1992. *Reversed* by unpublished opinion per Green, J. Pro Tem., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 13107-6-III.     Division Three.     October 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS BARNETTE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-01347-0, John A. Schultheis, J., entered March 9, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.